### 1

ABM. S. SEE & DEPEW, Incorporated, Appellant, v. FISHERIES PRODUCTS COMPANY, J. W. Holliday, Robert Ruark, John S. Weskett and Walter H. Neal, Receivers, and William M. Timmons, Appellees. (Circuit Court of Appeals, Fourth Circuit. March 10, 1925.) No. 2355. Appeal from the District Court of the United States for the Eastern District of North Carolina, at Wilmington. E. K. Bryan, of Wilmington, N. C., for appellant. Rountree & Carr, of Wilmington, N. C., for appellees.

PER CURIAM. Case dismissed, under rule 20, per agreement of attorneys.

### 2

ALASKA STEAMSHIP COMPANY, Plaintiff in Error, v. Bernard McHUGH, Defendant in Error. (Circuit Court of Appeals, Ninth Circuit. June 8, 1925.) No. 4051. R. E. Robertson, of Juneau, Alaska, A. H. Ziegler, of Ketchikan, Alaska, and Bogle, Merritt & Bogle, of Seattle, Wash., for plaintiff in error. Wickersham & Kehoe, of Juneau, Alaska, for defendant in error.

PER CURIAM. Upon the authority of Alaska Steamship Co. v. McHugh, 45 S. Ct. 396, 69 L. Ed. ——, decided April 13, 1925, the judgment of the District Court of Alaska, Division No. 1, is reversed, and a new trial ordered, because of error by the District Court in its instructions to the jury, that the statute entitled "An act relating to liability of common carriers in the District of Columbia and territories, and common carriers engaged in commerce between the states and between the states and foreign nations to their employees" (chapter 3073, 34 Stat. 232), was applicable and controlling.

### 3

ALBERT LEA FOUNDRY CO., Appellant, v. AMERICAN GAS MACHINE CO., Inc. (Circuit Court of Appeals, Eighth Circuit. January 30, 1925.) No. 6905. Appeal from the District Court of the United States for the District of Minnesota. Amasa C. Paul, Richard Paul, and Maurice M. Moore, all of Minneapolis, Minn., for appellant. James F. Williamson, of Minneapolis, Minn., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

### 4

Arthur B. ALLEN, Collector, etc., Plaintiff in Error, v. CARTAN & JEFFREY CO. (Circuit Court of Appeals, Eighth Circuit. January 28, 1925.) No. 6787. In Error to the District Court of the United States for the District of Nebraska. James C. Kinsler, U. S. Atty., and George A. Keyser and Andrew C. Scott, Asst. U. S. Attys., all of Omaha, Neb., for plaintiff in error. Myron L. Learned, of Omaha, Neb., for defendant in error.

PER CURIAM. Affirmed, with costs, without filing of opinion.

### 5

AMERICAN MANUFACTURING CO., Plaintiff in Error, v. Andrew BLASSIE. Circuit Court of Appeals, Eighth Circuit. January 30, 1925.) No. 6947. In Error to the District Court of the United States for the Eastern District of Missouri. Robert H. Merryman, of St. Louis, Mo., for plaintiff in error. Percy Werner, of St. Louis, Mo., for defendant in error.

PER CURIAM. Writ of error docketed and dismissed, with costs, per stipulation of parties.

### 6

R. H. ARNOLD, Doing Business as R. H. Arnold & Co., and Globe Indemnity Company, Plaintiffs in Error, v. UNITED STATES, for the Use of W. B. GUIMARIN & CO., and Williams-Hutson Lumber Company, Intervener. Defendants in Error. (Circuit Court of Appeals, Fourth Circuit. November 25, 1924.) No. 2309. In Error to the District Court of the United States for the Eastern District of South Carolina, at Charleston. Logan & Grace, of Charleston, S. C., and Wm. Henry White and Ellwood P. Morey, both of Washington, D. C., for plaintiffs in error. Frank G. Tompkins, of Columbia, S. C., and Whaley, Barnwell & Grimball, of Charleston, S. C., for defendants in error.

PER CURIAM. Order dismissing case at the cost of the plaintiffs in error filed.